# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| THEODORIC OLIVER, as Surviving Husband of Winetta Oliver, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 1:24-CV-9 (LAG) |
| | : |
| DIAN STODDARD, as Personal Representative of the Estate of David Stoddard, *et. al.*, | : |
| | : |
| Defendant. | : |

## **ORDER**

Before the Court is the Parties' Joint Notice of Pending Settlement and Motion to Be Relieved of Pretrial Deadlines. (Doc. 19). Upon review and consideration, the Motion (Doc. 19) is **GRANTED**. Accordingly, the Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 3rd day of April, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**